[Civil No. 644.]

SANTA FE, PRESCOTT AND PHŒNIX RAILWAY
COMPANY, a Corporation, Appellant, v. F. L. BRILL,
Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. Webster Street,
Judge.

T. W. Johnston, L. H. Chalmers, and W. C. Campbell, At-
torneys for Appellant.

Baker & Bennett, Attorneys for Appellee.

November 1, 1899. Dismissed on stipulation.

[Civil No. 645.]

THE SANTA FE, PRESCOTT AND PHŒNIX RAILWAY
COMPANY, a Corporation (being cases 3039, 3040,
3116, and 3117, consolidated), Appellant, v. F. L.
BRILL, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. Webster Street,
Judge.

T. W. Johnston, and L. H. Chalmers, Attorneys for Ap-
pellant.

Baker & Bennett, Attorneys for Appellee.

November 1, 1899. Dismissed on stipulation.

[Civil No. 708.]

C. E. GUNN, Plaintiff in Error, v. OLD DOMINION COP-
PER MINING AND SMELTING COMPANY, Defend-
ant in Error.

WRIT OF ERROR from a judgment of the District Court
of the Second Judicial District in and for the County of Gila.
F. M. Doan, Judge.

No appearance for Plaintiff in Error.

Edwards & Edwards, for Defendant in Error.

November 1, 1899. Affirmed.